SHERNOFF BIDART ECHEVERRIA LLP
LAWYERS FOR INSURANCE POLICYHOLDERS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FLOORDESIGN INC., <br><br> Plaintiff, <br><br> vs. <br><br> CITIZENS INSURANCE COMPANY OF AMERICA and DOES 1 through 10, <br><br> Defendants. | Case No. 4:19-CV-05820-HSG <br><br> Hon. Haywood S. Gilliam, Jr. <br><br> **ORDER ON PLAINTIFF'S REQUEST FOR PERMISSION TO APPEAR TELEPHONICALLY AT THE CASE MANAGEMENT CONFERENCE** <br><br> Date: December 17, 2019 <br> Time: 2:00 p.m. <br> Location: Courtroom 2 <br> 4th Floor <br> 1301 Clay St., Oakland, CA |

**TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

Upon showing of good cause, Counsel for Plaintiff, FLOORDESIGN, INC.'s request for permission to appear telephonically at the Case Management Conference scheduled for December 17, 2019, at 2:00 p.m. before the Honorable Haywood S. Gilliam, Jr., is hereby GRANTED. Counsel shall contact CourtCall at (866) 582-6878 to make arrangements for the telephonic appearance.

Dated: December 11, 2019

By: _____
Honorable United States District Judge