1  STEPHEN M. HAYES (SBN 83583)
   TYLER R. AUSTIN (SBN 293977)
2  HAYES SCOTT BONINO ELLINGSON
   GUSLANI SIMONSON & CLAUSE, LLP
3  999 Skyway Road, Suite 310
   San Carlos, California 94070
4  Telephone:    (650) 637-9100
   Facsimile:    (650) 637-8071
5
   Attorneys for Defendant
6  CITIZENS INSURANCE COMPANY OF AMERICA

7

8                   UNITED STATES DISTRICT COURT

9                  NORTHERN DISTRICT OF CALIFORNIA

10 | FLOORDESIGN, INC.                                  | **CASE NO.: 4:19-cv-05820-HSG**
11 |       Plaintiff,                                    | **[PROPOSED]** ORDER GRANTING
                                                          PARTIES' STIPULATION AND REQUEST
12 |   v.                                                | TO AMEND SCHEDULING ORDER
                                                          (as modified)
13 | CITIZENS INSURANCE COMPANY OF
    AMERICA, and DOES 1 through 10,                     | **Date Action Filed:**   August 14, 2019
14 |                                                     | **Trial Date:**          Not Yet Set
    Defendants.
15

1140411

**[PROPOSED]** ORDER GRANTING STIPULATION AND REQUEST TO AMEND SCHEDULING ORDER –
CASE NO.: 4:19-cv-05820-HSG

The Court, having reviewed the Parties' Stipulation and Request To Amend Scheduling Order, hereby **GRANTS** the Parties' stipulated request.

Pursuant to the Parties' stipulation:

1. The following scheduling order shall apply:

| | |
|---|---|
| ADR Deadline: | July 31, 2020 |
| Close of fact discovery: | August 31, 2020 |
| Dispositive motion hearing deadline: | November 12, 2020 at 2:00 p.m. |
| Exchange opening expert reports: | November 27, 2020 |
| Exchange rebuttal expert reports: | December 10, 2020 |
| Close of expert discovery: | January 19, 2021 |
| Final pretrial conference: | February 9, 2021 at 3:30 p.m. |
| 5-Day jury trial: | March 1, 2021 at 8:30 a.m. |

2. The Parties shall abide by all additional deadlines required by the Federal Rules of Civil Procedure and the Civil Local Rules, except as provided herein.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated:  5/29/2020

DISTRICT JUDGE HAYWOOD S. GILLIAM, JUNIOR
UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA