STEPHEN M. HAYES (SBN 83583)
TYLER R. AUSTIN (SBN 293977)
HAYES SCOTT BONINO ELLINGSON
GUSLANI SIMONSON & CLAUSE, LLP
999 Skyway Road, Suite 310
San Carlos, California 94070
Telephone:    (650) 637-9100
Facsimile:    (650) 637-8071

Attorneys for Defendant
CITIZENS INSURANCE COMPANY OF AMERICA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FLOORDESIGN, INC.<br><br>       Plaintiff,<br><br>    v.<br><br>CITIZENS INSURANCE COMPANY OF AMERICA, and DOES 1 through 10,<br><br>       Defendants. | **CASE NO.: 4:19-cv-05820-HSG**<br><br>[~~PROPOSED~~] **ORDER GRANTING PARTIES' STIPULATION AND REQUEST TO CONTINUE ADR DEADLINE**<br><br>**Date Action Filed:**  August 14, 2019<br>**Trial Date:**          March 1, 2021 |

1  The Court, having reviewed the Parties' Stipulation and Request to Continue the ADR
2  Deadline, hereby **GRANTS** the Parties' stipulated request.
3  Pursuant to the Parties' stipulation, the ADR deadline shall be moved from July 31, 2020 to
4  September 11, 2020.  The Parties shall abide by all additional deadlines set by the Court and
5  required by the Federal Rules of Civil Procedure and the Civil Local Rules.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: _____7/28/2020_____

DISTRICT JUDGE HAYWOOD S.
GILLIAM, JUNIOR
UNITED STATES DISTRICT COURT FOR
THE NORTHERN DISTRICT OF
CALIFORNIA